ther consideration in light of *Rizzo* v. *Goode,* 423 U. S. 362 (1976).

No. 75–5684. GRAHAM *v.* UNITED STATES. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Upon representation of the Solicitor General set forth in his brief for the United States filed January 9, 1976, judgment vacated and case remanded for further consideration in light of position presently asserted by the Government. MR. JUSTICE REHNQUIST would deny certiorari.

No. 64, Orig. NEW HAMPSHIRE *v.* MAINE. Exceptions to Report of Special Master set for oral argument in due course. [For earlier orders herein, see, *e. g.,* 423 U. S. 1084.]

No. 73–7031. FOWLER *v.* NORTH CAROLINA. Sup. Ct. N. C. [Certiorari granted, 419 U. S. 963.] Order of this Court dated June 23, 1975 [422 U. S. 1039], insofar as it sets this case for reargument, is revoked.

No. 74–799. UNITED STATES *v.* FOSTER LUMBER CO., INC. C. A. 8th Cir. [Certiorari granted, 420 U. S. 1003.] Case restored to calendar for reargument.

No. 74–1318. DREW MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL. *v.* ANDREWS ET AL. C. A. 5th Cir. [Certiorari granted, 423 U. S. 820.] Motion of petitioners for divided argument granted.

No. 74–1560. UNITED STATES *v.* MARTINEZ-FUERTE ET AL. C. A. 9th Cir. [Certiorari granted, 423 U. S. 822.] Motion of Los Angeles County Bar Assn. for leave to file a brief as *amicus curiae* denied. Motion of respondents to strike portion of petitioner's brief denied.